In the Matter of the Application of MARY WALKER for Relief from Orders to make Payments to the SUPER-INTENDENT OF THE POOR of Oneida County.

(Argued December 14, 1891; decided January 20, 1892.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made July 7, 1891, which affirmed an order of the Oneida County Court of Sessions denying the petitioner's application to vacate certain orders requiring her to make certain payments to the superintendent of the poor of said county for the support of Sarah Walker.

*S. M. Lindsley* for appellant.

*W. B. Bliss* for respondent.

Agree to dismiss appeal on ground that it was discretionary with the Court of Sessions to vacate or modify the order; no opinion.

All concur.

Appeal dismissed.